**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FILIBERTO TORRES PEREZ,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>JOE A. LIZARRAGA, Warden,<br><br>　　　　　Respondent. | NO. CV 18-2081-R (AS)<br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 10, 2018

　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE